# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE<br><br>MILITZA PEREZ SOTO<br>CARLOS R BERRIOS BAEZ<br><br>DEBTOR(S) | CASE NO. 06-02289-ESL<br><br>CHAPTER: 13 |

## MOTION REQUESTING DISMISSAL

**TO THE HONORABLE COURT:**

Comes now, **RELIABLE FINANCIAL SERVICES, INC.,** holder of an unsecured claim and Movant herein, and respectfully sets forth and prays:

1. Movant is the holder in due course of a duly executed conditional sales contract over motor vehicle (a) KIA SORENTO 2003 registered under number 2885633, executed by debtor(s) on JUNE 24, 2003 (b) NISSAN FRONTIER 2003 registered under number 2894577, executed by debtor(s) on AUGUST 23, 2003.

2. Debtor's(s') Chapter 13 Plan was confirmed on MARCH 18, 2008. Said plan calls for $550.00 X 16, $.00 X 9, $600.00 X 3, $200.00 X 32 payments.

3. However, according to the records made available to creditors by the Trustee, as of today's date, debtor(s) has(have) only paid $ **14,600.00**, out of $ **15,200.00** due.

4. Section 1307 (c) (6) of the Bankruptcy Code provides for the dismissal of a case under chapter 13 for "material default by the debtor with respect to a term of a confirmed plan."

**WHEREFORE**, Movant requests the dismissal of the instant case since debtor(s) has(have) defaulted on the payments to the Chapter 13 Trustee.

**NOTICE TO ALL PARTIES** is hereby given to the effect that unless a party in interest objects to the dismissal of this case within thirty (30) days from the date of this notice, the case may be dismissed without a hearing.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the present motion was filed electronically with the Clerk of the Court using CM/ECF systems which will send notifications of such to the **ALEJANDRO OLIVERAS,** Trustee and **ROBERTO FIGUEROA CARRASQUILLO,** Debtor(s) Attorney and that we have sent copy of this document through regular mail to Debtor(s) **MILITZA PEREZ SOTO, CARLOS R BERRIOS BAEZ, PO BOX 353 AGUAS BUENAS, PR 00703** and to all non CM/ECF participants interested as per mailing list which is hereby included.

**RESPECTFULLY SUBMITTED,**

In San Juan, Puerto Rico this 25 day OCTOBER, 2010.

**/S/ CARLOS E. PEREZ PASTRANA**
**USDC-208913**
Attorney for Movant
PO BOX 21382
SAN JUAN, PR 00928-1382
TEL. 787-625-6645 FAX: 787-625-4891
cperezp@reliablefinancial.com

```
Label Matrix for local noticing         COOP A/C JESUS OBRERO                    R&G PREMIER BANK
0104-3                                  PMB 159                                  C/O ISMAEL H HERRERO III
Case 06-02289-ESL13                     HC-01 BOX 29030                          PO BOX 362159
District of Puerto Rico                 CAGUAS, PR 00725-8900                    SAN JUAN, PR 00936-2159
Old San Juan
Wed Jan 23 16:47:18 AST 2008

RELIABLE FINANCIAL SERVICES             US Bankruptcy Court District of P.R.     BANCO POPULAR DE PR
CARLOS E PEREZ PASTRANA                 U.S. Post Office and Courthouse Building CONSUMER BANKRUPTCY DEPT
PO BOX 21382                            300 Recinto Sur Street, Room 109         PO BOX 366818
SAN JUAN, PR 00928-1382                 San Juan, PR 00901-1964                  SAN JUAN PR 00936-6818


BP-PERSUN                               CHILDRENS PLACE                          CITIFINANCIAL
PO BOX 2708                             PO BOX 9714                              1 CITIBANK DR STE 201
SAN JUAN, PR 00960                      GRAY, TN 37615-9714                      SAN JUAN, PR 00926-9600



CITIFINANCIAL                           CITIFINANCIAL F/K/A ASSOCIATES FINANCE   COOP A/C JESUS OBRERO
111 CARR 174 STE 2                      C/O FORTUNO & FORTUNO FAS                PMB159
BAYAMON, PR 00959-1910                  PO Box 9300                              HC 1 BOX 29030
                                        SAN JUAN PR 00908-0300                   CAGUAS, PR  00725-8900



COOPERATIVA AC JESUS OBRERO             GAB                                      GATSBY
CARLOS A QUILICHINI PAZ ESQ             PO BOX 981400                            PO BOX 6359
PO BOX 9020895                          EL PASO, TX 79998-1400                   CAGUAS, PR  00726-6359
SAN JUAN PR 00902-0895



GEMB/BANANA REP                         JC PENNEY                                LVNV Funding LLC its successors and assigns
PO BOX 981400                           PO BOX 364788                            assignee of Citibank USA
EL PASO, TX 79998-1400                  SAN JUAN, PR  00936-4788                 Resurgent Capital Services
                                                                                 PO Box 10587
                                                                                 Greenville, SC 29603-0587


MARIANNES                               MBNA                                     MONOGRAM BANK N AMERICA
995 W 122 ND AVE                        PO BOX 15019                             PO BOX 17054
WESTMINSTER, CO 80234-3417              WILMINGTON, DE  19886-5019               WILMINGTON, DE 19884-0001



MUEBLERIA BERRIOS                       MUEBLERIAS BERRIOS                       PUERTO RICO ELECTRIC POWER
PO BOX 674                              P.O. Box 674                             BANKRUPTCY CLAIMS OFFICE
CIDRA, PR  00739-0674                           CIDRA,   PR 00739-0674           PO BOX 364267
                                                                                 SAN JUAN PR 00936-4267



R&G PREMIER BANK (#05573)               R&G PREMIER BANK OF PR                   RELIABLE FINANCIAL SERVICES
CONSUMER DEPARTMENT/BANKRUPTCY DIVISION ISMAEL H HERRERO III PSC                 CARLOS PEREZ PASTRANA ESQ
PO BOX 2510                             PO BOX 362159                            PO BOX 21382
GUAYNABO, PR  00970-2510                SAN JUAN PR 00936-2159                   SAN JUAN, PR  00928-1382



RG PREMIER BANK                         Recovery Management Systems Corporation  Recovery Management Systems Corporation
RD 100 & 177                            For GE Money Bank                        For GE Money Bank
SAN JUAN, PR  00928                     dba BANANA REPUBLIC                      dba GAP
                                        25 SE 2nd Ave Ste 1120                   25 SE 2nd Ave Ste 1120
                                        Miami FL 33131-1605                      Miami FL 33131-1605
```

```
Recovery Management Systems Corporation      Recovery Management Systems Corporation      Recovery Management Systems Corporation
For GE Money Bank                            For GE Money Bank                            For GE Money Bank
dba JCPENNEY CREDIT SERVICES                 dba OLD NAVY                                 dba SAM'S CLUB
25 SE 2nd Ave Ste 1120                       25 SE 2nd Ave Ste 1120                       25 SE 2nd Ave Ste 1120
Miami FL 33131-1605                          Miami FL 33131-1605                          Miami FL 33131-1605


SAMS CLUB                                    WESTERN BANK                                 WESTERN BANK
PO BOX 9814000                               CALL BOX WFS                                 PO BOX 1180
EL PASO, TX  79998                           MAYAGUEZ, PR  00681                          MAYAGUEZ, PR 00681-1180



WFNNB/ANN TAYLOR                             World Financial Network National Bank        World Financial Network National Bank
PO BOX 182273                                Ann Taylor                                   Marianne's
COLUMBUS, OH 43218-2273                      c/o Weinstein & Riley, P.S.                  c/o Weinstein & Riley, P.S.
                                             2101 Fourth Ave., Suite 900                  2101 Fourth Ave., Suite 900
                                             Seattle, WA 98121-2339                       Seattle, WA 98121-2339


ZALES                                        eCAST Settlement Corporation assignee of     ALEJANDRO OLIVERAS RIVERA
PO BOX 6003                                  MBNA America Bank N A                        ALEJANDRO OLIVERAS, CHAPTER 13 TRUS
HAGERSTOWN, MD 21747-6003                    POB 35480                                    PO BOX 9024062
                                             Newark NJ 07193-5480                         SAN JUAN, PR 00902-4062



CARLOS R BERRIOS BAEZ                        MILITZA PEREZ SOTO                           MONSITA LECAROZ ARRIBAS
PO BOX 353                                   PO BOX 353                                   OFFICE OF THE US TRUSTEE (UST)
AGUAS BUENAS, PR 00703-0353                  AGUAS BUENAS, PR 00703-0353                  OCHOA BUILDING
                                                                                          500 TANCA STREET  SUITE 301
                                                                                          SAN JUAN, PR 00901-1938


ROBERTO FIGUEROA CARRASQUILLO                End of Label Matrix
PO BOX 193677                                Mailable recipients    45
SAN JUAN, PR 00919-3677                      Bypassed recipients     0
                                             Total                  45
```

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| IN RE: <br><br> MILITZA PEREZ SOTO <br> CARLOS R BERRIOS BAEZ <br><br>     DEBTOR(S) | CASE NO 06-02289-ESL <br><br> CHAPTER 13 |

**MOTION SUBMITTING DECLARATION**
**UNDER PENALTY OF PERJURY**

    Comes now, RELIABLE FINANCIAL SERVICES, holder of a secured claim and Creditor herein and submitting to the Honorable Court the following declaration:

    I, **HILDARIS B. BURGOS MURIEL,** Bankruptcy Official for RELIABLE FINANCIAL SERVICES, declare under penalty of perjury, the following:

    That according to the enclosed certification, provided by Department of Defense Manpower Data Center (DMDC), debtor(s) is(are) not on active military duty nor in the military service and does not fall within the Service Member Civil Relief Act of 2003.

    **RESPECTFULLY SUBMITTED.**

    In San Juan, Puerto Rico, this 21 day of OCTOBER, 2010.

    S/HILDARIS B. BURGOS MURIEL
    **Bankruptcy Official**
    P. O. Box 21382
    San Juan, PR 00928-1382
    Tel. (787)625-6647 FAX:(787)625-4891
    hburgosm@reliablefinancial.com

Department of Defense Manpower Data Center                               Oct-26-2010 07:14:53



Military Status Report
Pursuant to the Service Members Civil Relief Act

| Last Name | First/Middle | Begin Date | Active Duty Status | Active Duty End Date | Service Agency |
|---|---|---|---|---|---|
| BERRIOS | CARLOS | Based on the information you have furnished, the DMDC does not possess any information indicating the individual status. | | | |

Upon searching the information data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the current status of the individual as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard).

*Mary M. Snavely-Dixon* (signature)

_____

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
1600 Wilson Blvd., Suite 400
Arlington, VA 22209-2593

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Service Members Civil Relief Act (50 USC App. §§ 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual is on active duty, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via the "defenselink.mil" URL http://www.defenselink.mil/faq/pis/PC09SLDR.html. If you have evidence the person is on active duty and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. §521(c).

If you obtain additional information about the person (e.g., an SSN, improved accuracy of DOB, a middle name), you can submit your request again at this Web site and we will provide a new certificate for that query.

This response reflects **active duty status** including date the individual was last on active duty, if it was within the preceding 367 days. For historical information, please contact the Service SCRA points-of-contact.

*More information on "Active Duty Status"*
Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d)(1) for a period of more than 30 consecutive days. In the case of a member of the National Guard, includes service under a call to active service authorized by the President or the Secretary of Defense for a period of more than 30 consecutive days under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy TARs, Marine Corps ARs and Coast Guard RPAs. Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps) for a period of more than 30 consecutive days.

*Coverage Under the SCRA is Broader in Some Cases*
Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of SCRA extend beyond the last dates of active duty.

Those who would rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected.

WARNING: This certificate was provided based on a name and SSN provided by the requester. Providing an erroneous name or SSN will cause an erroneous certificate to be provided.
Report ID:LGHIUSETCN

Department of Defense Manpower Data Center  Oct-26-2010 07:15:47



Military Status Report
Pursuant to the Service Members Civil Relief Act

| ◀ Last Name | First/Middle | Begin Date | Active Duty Status | Active Duty End Date | Service Agency |
|---|---|---|---|---|---|
| PEREZ | MILITZA | Based on the information you have furnished, the DMDC does not possess any information indicating the individual status. | | | |

Upon searching the information data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the current status of the individual as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard).

*Mary M. Snavely-Dixon*

_____

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
1600 Wilson Blvd., Suite 400
Arlington, VA 22209-2593

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Service Members Civil Relief Act (50 USC App. §§ 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual is on active duty, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via the "defenselink.mil" URL http://www.defenselink.mil/faq/pis/PC09SLDR.html. If you have evidence the person is on active duty and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. §521(c).

If you obtain additional information about the person (e.g., an SSN, improved accuracy of DOB, a middle name), you can submit your request again at this Web site and we will provide a new certificate for that query.

This response reflects **active duty status** including date the individual was last on active duty, if it was within the preceding 367 days. For historical information, please contact the Service SCRA points-of-contact.

*More information on "Active Duty Status"*
Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d)(1) for a period of more than 30 consecutive days. In the case of a member of the National Guard, includes service under a call to active service authorized by the President or the Secretary of Defense for a period of more than 30 consecutive days under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy TARs, Marine Corps ARs and Coast Guard RPAs. Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps) for a period of more than 30 consecutive days.

*Coverage Under the SCRA is Broader in Some Cases*
Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of SCRA extend beyond the last dates of active duty.

Those who would rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected.

WARNING: This certificate was provided based on a name and SSN provided by the requester. Providing an erroneous name or SSN will cause an erroneous certificate to be provided.
Report ID:GGH3TJG1S0